# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| SHIRLEY CRUZEN, | COMPLAINT: |
| Plaintiff, | |
| v. | 42 U.S.C § 1983 (FOURTH AMENDMENT) |
| BILL THOMAS, in his individual, capacity. | |
| Defendant. | **JURY TRIAL DEMANDED** |

PLAINTIFF, SHIRLEY CRUZEN, brings this action pursuant to 42 U.S.C. §1983, seeking damages to remedy violations of his rights secured by the Fourth Amendment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 and 1343, 42 U.S.C. § 1983 and 1988, 42 U.S.C. § 2000d.

2. This Court possesses proper subject matter and personal jurisdiction over the parties.

3. Venue is appropriate in this district.

4. The plaintiff and defendants are citizens of the United States and residents of Iowa.

5. The acts complained of occurred in Iowa. Plaintiff's cause of action arose in Iowa.

## PARTIES

6. Plaintiff Shirley Cruzen is a citizen of the United States and a resident of Illinois.

7. Defendant Bill Thomas is the investigator for the Scott County Attorney's Office, located in Davenport, Iowa. Upon information and belief, he resides in Iowa.

8. Upon information and belief, at all times relevant herein, Defendant Bill Thomas was acting under color of state law with respect to the actions he took against Shirley Cruzen.

## ALLEGATIONS OF FACT

9. On or about May 15, 2022, Shirley Cruzen contacted Bill Thomas, believing he was a private investigator that could help her with a matter concerning a woman named Michelle, who she alleged, had stolen items form her son's house (Michael Cruzen).

10. Shirley Cruzen's son was a criminal defendant in Scott County, Iowa.

11. On May 18, 2022, Thomas interviewed Shirley Cruzen.

12. During the interview, Shirley Cruzen explained how her son was being extorted by Michelle.

13. Thomas prepared his report on May 19, 2022.

14. The information in Thomas' report was used to bring a subsequent prosecution against Shirley Cruzen without probable cause.

15. The case against Shirley Cruzen was ultimately dismissed.

16. Cruzen has suffered damages to her emotional state, reputation, and business.

**COUNT 1**

**ILLEGAL SEIZURE - CIVIL RIGHTS VIOLATION UNDER 42 U.S.C § 1983 VIOLATION OF 4th AMENDMENT TO THE UNITED STATES CONSTITUTION**

**(1 - Against Defendant Thomas, Individually.**

17.     Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

18.     Thomas violated Plaintiff's clearly established federal constitutional rights. Cruzen had a right to be free from unlawful arrest and prosecution (U.S. Constit. 4th Amendment) unless there was probable cause to believe that she had committed a crime.

19.     Thomas violated Plaintiff's clearly established Fourth Amendment rights by initiating a prosecution against Shirley Cruzen without probable cause to do so and by charging Plaintiff with a crime without probable cause.

20.     Thomas deprived Plaintiff of her rights while Thomas was acting under color of State law.

21.     Cruzen had a legitimate purpose for contacting Thomas – she was trying to report a crime and receive help with an investigation, which was to pursue the property.

22.     Defendant Thomas demonstrated a deliberate indifference to and reckless disregard of Plaintiff's civil and constitutional rights.

23.     Defendant's actions were willful, wanton, unlawful, and in gross disregard of Ms. Cruzen's civil rights, justifying an award of punitive damages.

24.     As a result of Defendants' acts and omissions, Ms. Cruzen has in the past and will in the future suffer injuries and damages.

## **JURY TRIAL DEMAND**

Plaintiff hereby demands a trial by jury on all counts so triable.

PRAYER FOR RELIEF

Plaintiff prays for Judgment against the aforementioned Defendant as follows:

a. Actual, Compensatory, Consequential, and all other allowable damages against Defendant in an amount yet to be determined;

b. Compensation for violation of her constitutional rights, mental anguish, and humiliation;

c. Plaintiff's cost in this action, including reasonable attorney fees and costs pursuant to 42 U.S.C. § 1988;

d. An award of pre-judgment interest;

e. Punitive damages; and

f. Any other relief the Court deems just and equitable.

Respectfully submitted,

 **/s/ Dan Vondra**
 Dan Vondra AT0008084
 Vondra Law Office PLC
 745 Community Dr.
 Unit C North LibertyIA 52317
 (319) 438-2888
 dan@vondralawoffice.com

VONDRA LAW OFFICE PLC

4