# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

SHIRLEY CRUZEN,

           Plaintiff(s),        **CIVIL NUMBER:  3:24-cv-00038-SHL-HCA**

v.

BILL THOMAS,                  **JUDGMENT IN A CIVIL CASE**

           Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss is granted. Judgment is entered in favor of Defendant and against Plaintiff.

                                                        CLERK, U.S. DISTRICT COURT

Dated this 9th day of July, 2025.

                                                     /s/  M. Mast

                                                     By: Deputy Clerk